

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DOVENMUEHLE MORTGAGE, INC., FANNIE MAE and NEXBANK, SSB, | § | No. 08-19-00278-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No. 6 |
| | § | |
| PETER LABRADO and ROSEMARY LABRADO, | § | of El Paso County, Texas |
| | § | (TC# 2018DCV4757) |
| Appellees. | § | |

# **O R D E R**

The Court has considered the joint motion to abate the appeal pending settlement and concludes the motion to abate the appeal should be granted. We therefore ORDER that the appeal be abated for thirty (30) days to complete the settlement process and file the appropriate motion in this Court to dispose of this appeal.

IT IS SO ORDERED THIS 7TH DAY OF JANUARY, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.